UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY LEE CORLEY, | ) | 1:09-CV-01661 GSA HC |
| | ) | |
| Petitioner, | ) | ORDER TO ADMINISTRATIVELY CLOSE CASE |
| | ) | |
| v. | ) | |
| | ) | |
| C. DICKINSON, | ) | |
| | ) | |
| Respondent. | ) | |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On June 24, 2009, Petitioner filed a petition for writ of habeas corpus in the Ninth Circuit Court of Appeals. The case was transferred to the district court on September 11, 2009, and assigned Case No. "1:09-CV-01607 BAK HC." On September 17, 2009, this Court received a second petition which opened Case No. "1:09-CV-01661 GSA HC." This second petition is identical to the first and must have been accidentally sent in addition to the first. Since the second petition is duplicative of the first, it will be closed.

     Accordingly, the Court HEREBY ORDERS that the Clerk of the Court SHALL ADMINISTRATIVELY CLOSE Case No. "1:09-CV-01661 GSA HC."

     IT IS SO ORDERED.

Dated:   September 24, 2009            /s/ Gary S. Austin
                                                    UNITED STATES MAGISTRATE JUDGE